# Exhibit A

Summons issued by the Internal Revenue Service

MAR-27-2020 08:55        LAGUNA LBI                              949 575 6600    P.003



## LSI-03272020-463310
# Summons

U.S.- India Income Tax Convention
Article 28
Type of Tax: Income

In the matter of __the India Income Tax Liabilities of Sabena Puri__
Internal Revenue Service (Division): __Large Business and International__
Industry/Area (name or number): __Treaty Administration__
Periods: __April 1, 2003 through March 31, 2019__

### The Commissioner of Internal Revenue

To: __Citibank N.A.*__                                       Attn: Legal Services Intake Unit
At: __5800 S. Corporate Place, MC 461; Sioux Falls, SD 57108__

You are hereby summoned and required to appear before __Hung Pham or his designee__ an officer of the Internal Revenue Service, to give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability or the collection of the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws concerning the person identified above for the periods shown.

See attachment for specific identification and information requested.

*By and through one or more officers or employees who can identify and testify with respect to the documents requested herein.

### Attestation

I hereby certify that I have examined and compared this copy of the summons with the original and that it is a true and correct copy of the original.

__Hung N. Pham__ Digitally signed by Hung N. Pham Date: 2020.03.27 08:42:17 -07'00'   __Tax Law Specialist__
Signature of IRS officer serving the summons                                           Title

Business address and telephone number of IRS officer before whom you are to appear:
24000 Avila Road, MS 1111; Laguna Niguel, CA 92877.                Telephone Number 949-575-6151

Place and time for appearance at __24000 Avila Road, MS 1111; Laguna Niguel, CA 92677__

**IRS** on the __30th__ day of __April__ __2020__ at __12__ o'clock __p.__ m.
Issued under authority of the Internal Revenue Code this __27th__ day of __March__, __2020__

Department of the Treasury
Internal Revenue Service
www.irs.gov

__Hung N. Pham__ Digitally signed by Hung N. Pham Date: 2020.03.27 08:42:44 -07'00'    __Tax Law Specialist__
Signature of issuing officer                                                          Title

__Kalpesh D. Gandhi__ Digitally signed by Kalpesh D. Gandhi Date: 2020.03.19 09:07:11 -04'00'   __Team Manager__
Signature of approving officer (if applicable)                                         Title

Form 2039 (Rev. 10-2010)
Catalog Number 21405J                                        Part A - to be given to person summoned

MAR-27-2020 08:55     LAGUNA LBI                    949 575 6600      P.004

## Attachment to Summons to
## Citibank N.A.

**In the Matter of**
**The India Income Tax Liabilities of**
**Sabena Puri**
**187, New Defence Colony**
**New Delhi-110024**
**INDIA**

For the period from **April 1, 2003 through March 31, 2019**, please furnish copies of the documents pertaining to account number: **6921 and any other accounts** that may be owned, controlled, or under the signatory authority of **Sabena Puri**. For purposes of this summons, the term "all accounts" encompasses all transactions of Sabena Puri, such as private banking accounts or activities, the purchase of certificates of deposit, or the leasing of a safe deposit box regardless of whether Citibank, N.A. considers such arrangements to constitute "an account".

1. Account opening documents;

2. Account signature cards;

3. Know-Your-Customer;

4. Monthly account statements;

5. Correspondence (including e-mail) and memorandum files related to the account (excluding marketing material).