UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

Case No.  **2:20-cv-04792-AFM**                                                                 Date:  June 29, 2020

Title     **Sabena Puri v. United States of America**

Present: The Honorable:     ALEXANDER F. MacKINNON, U.S. Magistrate Judge

| Ilene Bernal | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):**

     Counsel filed an incomplete Application of Non-Resident Attorney (ECF No. 6) and was ordered to submit an amended Application (ECF No. 13).  On June 26, 2020, plaintiff file a Notice of Voluntary Dismissal (ECF No. 14).  Accordingly, the Application of Non-Resident Attorney (ECF No. 6) is denied as moot.  The Counsel's $400.00 filing fee paid on May 29, 2020 (Receipt No. ACACDC-26617805) shall be refunded.

     IT IS SO ORDERED.

cc:  Fiscal

                                                  **Initials of Preparer**     :  ib